**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5031*
*sarina.kaplan@usdoj.gov*

August 5, 2026

**Via ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Diaz Ayala v. Blanche, et. al.*, No. 26-9717 (CCC)**
**Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 4, 2026, Text Order granting the immediate release of Petitioner. ECF No. 3. U.S. Immigration and Customs Enforcement ("ICE") advised this Office that it released Petitioner from its custody on August 4, 2026, at 6:15 p.m.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Sarina Kaplan*
SARINA KAPLAN
Assistant United States Attorney
*Attorneys for Respondents*

In light of Petitioner's release, the Clerk's office is directed to close this matter.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/26/2026

cc: Counsel of record via ECF